UNITED STATES of America v. Barton Arthur ENSLEY, Appellant.

No. 8553.

Circuit Court of Appeals, Third Circuit.

Argued May 1, 1944.

Decided May 31, 1944.

Hayden Covington, of Brooklyn, N. Y. (Victor F. Schmidt, of Rossmoyne, Ohio,

and Walter W. Riehl, of Pittsburgh, Pa., on the brief), for appellant.

Charles F. Uhl, U. S. Atty., and George Mashank, 1st Asst. U. S. Atty., both of Pittsburgh, Pa., on the brief, for appellee.

Before JONES and GOODRICH, Circuit Judges, and GANEY, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed on the authority of Falbo v. United States, 320 U.S. 549, 64 S.Ct. 346.